UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-24361-CIV-O'SULLIVAN

JOAN HOSPEDALES

    Plaintiff,

vs.

NANCY A. BERRYHILL
Acting Commissioner of Social Security
Administration,

    Defendant.

-----------------------------------------------/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion for Attorney's Fees (EAJA) (DE# 29, 2/7/18). This case was referred to United States Magistrate Judge John J. O'Sullivan for final resolution of all matters. The Plaintiff's Unopposed Motion for Attorney's Fees (EAJA) (DE# 29, 2/7/18) indicates that the motion is unopposed. See the Plaintiff's Unopposed Motion for Attorney's Fees (EAJA) at p. 1 (DE# 29, 2/7/18). The plaintiff requests fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, as agreed to by the parties, in the amount of $6,499.28. Id. A review of the petition reveals that the requested fees are reasonable and permitted pursuant to 28 U.S.C. § 2412.

The plaintiff assigned his rights to any EAJA fee award to his attorney. The plaintiff indicates in his motion that "[i]f the United States Department of Treasury verifies to the Office of the General Council that the Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA fees to Victor Mantel, Esquire and make payment directly to Victor Mantel, Esquire." The Plaintiff's Unopposed Motion for Attorney's Fees (EAJA) at p. 1 (DE# 29, 2/7/18). Accordingly, it is

ORDERED AND ADJUDGED that the Plaintiff's Unopposed Motion for Attorney's Fees (EAJA) (DE# 29, 2/7/18) IS GRANTED and the plaintiff is awarded fees in the amount of $6,499.28, payable to the plaintiff. It is further

ORDERED AND ADJUDGED that if the plaintiff does not owe any debt to the United States that is subject to an offset, the check for attorney's fees shall be made payable to the plaintiff's attorney.

DONE AND ORDERED in Chambers, at Miami, Florida, this 13th day of February, 2018.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record